J. H. WERTZ, *Plaintiff in Error, v.* TAMPA ELECTRIC COMPANY, A CORPORATION, *Defendant in Error.*

. Decision filed November 10, 1919.

A Writ of Error to the Circuit Court for Hillsborough County, F. M. Robles, Judge. ·

*Hilton S. Hampton,* for Plaintiff in Error;

*Knight, Thompson & Turner,* for Defendant in Error.

PER CURIAM.—This writ of error was taken to a judgment for the defendant rendered upon sustaining a demurrer to the second amended declaration of the plaintiff alleging personal injury by reason of the negligence of the defendant company in operating a street railway car and in employing a motorman for the car.

As the declaration does not wholly fail to state a cause of action, the demurrer thereto was erroneously sustained. See Chap. 6521, Acts of 1913.

Reversed.

All concur.